

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00439-CV

EIHAB RAJAB MASOUD, Appellant

V.

DEBORAH HANDLER, Appellee

Appeal from the 328th District Court of Fort Bend County. (Tr. Ct. No. No. 12-DCV-198932).

**TO THE 328TH DISTRICT COURT OF FORT BEND COUNTY, GREETINGS:**

Before this Court, on the 28th day of May 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on February 28, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court orders that the appellant, Eihab Rajab Masoud, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered May 28, 2015.

Panel consists of Chief Justice Radack and Justices Higley and Massengale. Opinion delivered by Justice Higley.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

September 25, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

